IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDALL EVANS,

    Plaintiff,

vs.

OFFICER JEFF KESSLER, et al.,

    Defendants.

No. C 13-02916 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed *in forma pauperis* application; however, he did not file copies of his certificate of funds and prisoner trust account statement. The Clerk of the Court notified Plaintiff that his *in forma pauperis* application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. On June 24, 2013, the Clerk sent a notice to Plaintiff, informing him that his action could not go forward until he filed the necessary documents within twenty-eight days, and that his failure to do so would result in dismissal of this action. More than twenty-eight days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's *in forma pauperis* application is DENIED as incomplete. The Clerk shall enter judgment, terminate all pending motions, and close the file.

    This Order terminates Docket no. 2.

    IT IS SO ORDERED.

DATED: August 15, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.13\Evans2916.DISIFP.wpd